PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINGLING HU,<br><br>         Plaintiff,<br><br>     v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>         Defendants. | CASE NO. 2:23-cv-02010-JAM-AC<br><br>**ORDER RE STIPULATION FOR TEMPORARY ABEYANCE** |

The Defendants respectfully request to hold this case in temporary abeyance through May 9, 2024, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in 2017. USCIS has scheduled Plaintiff's asylum interview for January 10, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.

///

///

///

///

1

The parties therefore stipulate that this matter be held in temporary abeyance through May 9, 2024.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  November 21, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ LISA PICKERING
LISA PICKERING
Counsel for Plaintiff

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.  This matter is hereby held in temporary abeyance through **May 9, 2024**.  Any hearing dates and deadlines previously set in this matter are **VACATED**.  The parties are ORDERED to file a joint status report with the Court not later than **May 7, 2024**, advising the Court as to the status of this case.

**IT IS SO ORDERED**.

Dated:  November 24, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE